UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| EDWARD BROWN, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:14 CV 300 RWS |
| | ) | |
| DAVID HOWE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM AND ORDER**

For good cause shown,

**IT IS HEREBY ORDERED** that the motion for extension of time [#33] is granted, and the case management order [#29] previously entered in this case is amended only as follows:

Following disclosure each party may engage in discovery under the Federal Rules of Civil Procedure but all discovery in this case must be completed by **December 18, 2014.** Parties shall file motions to compel in a prompt manner and in no even after the discovery deadline.

All other deadlines not specifically amended above remain in full force and effect.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 9th day of December, 2014.