UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| EDWARD BROWN, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:14CV300 RWS |
| ) | |
| DAVID HOWE, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

For good cause shown,

**IT IS HEREBY ORDERED** that defendants' motion for an extension of time [#37] is granted, and any motion for summary judgment must be filed no later than **January 30, 2015.** Opposition briefs shall be filed no later than **March 2, 2015**, and any reply brief may be filed no later than **March 12, 2015.** Failure to timely file a motion for summary judgment will waive a party's right to do so before trial. **No additional extensions of time will be granted to defendants to file a summary judgment motion**.

_/s/ Rodney W. Sippel_
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this   23rd   day of January, 2015.