UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| EDWARD BROWN, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:14CV300 RWS |
| | ) | |
| DAVID HOWE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

This matter is before me on plaintiff's motion for order compelling discovery. Plaintiff seeks to compel video footage of the incident at issue in this case. The motion to compel will be denied as it is untimely filed under the case management order and contains no certificate of an attempt to resolve the discovery dispute. Moreover, plaintiff has already had the opportunity to review the requested videotape, and that security footage is currently filed under seal as part of the Court record.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for order compelling discovery [#49] is denied.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 18th day of March, 2015.